**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| NORTHUMBERLAND COUNTY RETIREMENT SYSTEM and OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GMX RESOURCES INC., KEN L. KENWORTHY, JR., JAMES A. MERRILL, JEFFERIES & COMPANY, INC., HOWARD WEIL INCORPORATED, MORGAN KEEGAN & COMPANY, INC., CAPITAL ONE SOUTHCOAST, INC., COLLINS STEWART LLC, PRITCHARD CAPITAL PARTNERS, LLC, TUDOR, PICKERING, HOLT & CO. SECURITIES, INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BBVA SECURITIES INC., FORTIS SECURITIES LLC, WEDBUSH MORGAN SECURITIES INC., CREDIT SUISSE SECURITIES (USA) LLC and SMITH CARNEY & CO., P.C.,<br><br>Defendants. | Case No. CIV-11-520-D |

**<u>DEFENDANTS' NOTICE OF PENDING MOTIONS</u>**

Pursuant to Section II.A.2.c. of the Electronic Filing Policies and Procedures Manual, Defendants state that there were no motions pending in state court at the time of the filing of the Notice of Removal.

Respectfully submitted,

s/Mack J. Morgan III
MACK J. MORGAN III, OBA #6397
L. MARK WALKER, OBA # 10508
HARVEY D. ELLIS, OBA #2694
MELANIE W. RUGHANI, OBA #30421
CROWE & DUNLEVY
A Professional Corporation
20 North Broadway Ave., Suite 1800
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-7700
Facsimile: (405) 239-6651
mack.morgan@crowedunlevy.com
mark.walker@crowedunlevy.com
harvey.ellis@crowedunlevy.com
melanie.rughani@crowedunlevy.com

-AND-

KENNETH P. HELD (*pro hac vice* request forthcoming)
L. RONALD ORAN (*pro hac vice* request forthcoming)
VINSON & ELKINS LLP
1001 Fannin Street, Suite 2300
Houston, Texas 77002
Telephone: (713) 758-2222
Facsimile: (713) 615-5219
kheld@velaw.com
roran@velaw.com

**ATTORNEYS FOR DEFENDANTS GMX RESOURCES, INC., KEN L. KENWORTHY, JR. AND JAMES A. MERRILL**

s/Joe M. Hampton
(*signed by filing attorney with permission*)
JOE M. HAMPTON, OBA # 11851
CORBYN HAMPTON PLLC
211 N Robinson, Suite 1910
Oklahoma City, Oklahoma 73102

Telephone: (405) 239-7055
Facsimile: (405) 702-4348
JHampton@Corbynhampton.com

-AND-

ADAM S. HAKKI (*pro hac vice* request forthcoming)
CHRISTOPHER R. FENTON (*pro hac vice* request forthcoming)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
ahakki@shearman.com
cfenton@shearman.com

**ATTORNEYS FOR THE UNDERWRITER DEFENDANTS BVA SECURITIES, INC., CAPITAL ONE SOUTHCOAST, INC., COLLINS STEWART LLC, CREDIT SUISSE SECURITIES (USA) LLC, FORTIS SECURITIES LLC, HOWARD WEIL INCORPORATED, JEFFERIES & COMPANY, INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, MORGAN KEEGAN & COMPANY, INC., PRITCHARD CAPITAL PARTNERS, LLC, TUDOR, PICKERING, HOLT & CO. SECURITIES INC., AND WEDBUSH MORGAN SECURITIES, INC.**

s/Hugh A. Baysinger
(*signed by filing attorney with permission*)
HUGH A. BAYSINGER
PIERCE, COUCH, HENDRICKSON, BAYSINGER & GREEN, L.L.P.
1109 North Francis
Oklahoma City, OK 73016
Telephone: 405.235.1611

Facsimile: 405.235.2904
HBaysinger@piercecouch.com

**ATTORNEYS FOR DEFENDANT SMITH CARNEY & CO. P.C.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of May, 2011, a true and correct copy of the above and foregoing was served by U.S. Mail on the following:

Jason E. Roselius
Derrick L. Morton
Nelson Roselius Terry O'Hara & Morton
P.O. Box 138800
Oklahoma City, Oklahoma 73113

Jeffery J. Angelovich
Bradley E. Beckworth
Nix Patterson & Roach, LLP
205 Linda Drive
Daingerfield, Texas 75638

Christopher L. Nelson
Alessandra C. Phillips
Barroway Topaz Kessler Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087

s/Mack J. Morgan III