**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| NORTHUMBERLAND COUNTY RETIREMENT SYSTEM and OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>vs.<br><br>GMX RESOURCES INC., KEN L. KENWORTHY, JR., JAMES A. MERRILL, JEFFERIES & COMPANY, INC., HOWARD WEIL INCORPORATED, MORGAN KEEGAN & COMPANY, INC., CAPITAL ONE SOUTHCOAST, INC., COLLINS STEWART LLC, PRITCHARD CAPITAL PARTNERS, LLC, TUDOR, PICKERING, HOLT & CO. SECURITIES, INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, BBVA SECURITIES INC., FORTIS SECURITIES LLC, WEDBUSH MORGAN SECURITIES INC., CREDIT SUISSE SECURITIES (USA) LLC and SMITH CARNEY & CO., P.C.,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CIV-11-520-D<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AGREED MOTION TO EXTEND TIME TO ANSWER**

Defendants GMX Resources Inc., Ken L. Kenworthy, Jr., James A. Merrill, Jefferies & Company, Inc., Howard Weil Incorporated, Morgan Keegan & Company, Inc., Capital One Southcoast, Inc., Collins Stewart LLC, Pritchard Capital Partners, LLC, Tudor, Pickering, Holt & Co. Securities, Inc., Merrill Lynch, Pierce, Fenner & Smith

Incorporated, BBVA Securities Inc., Fortis Securities LLC, Wedbush Morgan Securities Inc., Credit Suisse Securities (USA) LLC and Smith Carney & Co., P.C. (collectively, "Defendants") file this Agreed Motion to Extend Time to Answer Plaintiffs Northumberland County Retirement System and Oklahoma Law Enforcement Retirement System's ("Plaintiffs") Petition until forty-five (45) days after the entry of an order on Plaintiffs' motion to remand and would show as follows:

1. Plaintiffs filed their Petition in the District Court In and For Oklahoma County, State of Oklahoma (CJ-2011-1664) on March 10, 2011. Plaintiffs served various defendants with the Petition on April 23, 2011. Defendants filed their Notice of Removal to the United States District Court for the Western District of Oklahoma on May 12, 2011 (Doc. No. 1). Defendants' answers to the Petition are currently due May 19, 2011. Should Plaintiffs seek to remand this case, Plaintiffs' motion to remand is due June 13, 2011.

2. No previous motions for extensions have been made.

3. In the interest of judicial economy, Plaintiffs and Defendants have agreed that Defendants shall not be obligated to answer or otherwise respond to the Petition until forty-five (45) days after entry of an order on Plaintiffs' motion to remand.

4. Plaintiffs' counsel agrees to this motion.

5. The extension requested herein will not have any impact on any scheduled trial or other deadlines.

## **RELIEF REQUESTED**

The precise relief requested is that Defendants shall not be obligated to answer or otherwise respond to the Plaintiffs' Petition until forty-five (45) days after entry of an order on Plaintiffs' Motion to Remand.

>Respectfully submitted,
>
>s/Mack J. Morgan III
>MACK J. MORGAN III, OBA #6397
>L. MARK WALKER, OBA #10508
>HARVEY D. ELLIS, OBA #2694
>MELANIE W. RUGHANI, OBA #30421
>CROWE & DUNLEVY
>A Professional Corporation
>20 North Broadway Ave., Suite 1800
>Oklahoma City, Oklahoma 73102
>Telephone:  (405) 235-7700
>Facsimile:  (405) 239-6651
>mack.morgan@crowedunlevy.com
>mark.walker@crowedunlevy.com
>harvey.ellis@crowedunlevy.com
>melanie.rughani@crowedunlevy.com
>
>-AND-
>
>KENNETH P. HELD (admitted *pro hac vice*)
>L. RONALD ORAN (admitted *pro hac vice*)
>VINSON & ELKINS LLP
>1001 Fannin Street, Suite 2300
>Houston, Texas 77002
>Telephone:  (713) 758-2222
>Facsimile:  (713) 615-5219
>kheld@velaw.com
>roran@velaw.com
>
>**ATTORNEYS FOR DEFENDANTS GMX RESOURCES, INC., KEN L. KENWORTHY, JR., AND JAMES A. MERRILL**

3

s/Joe M. Hampton
_____
(*signed by filing attorney with permission*)
JOE M. HAMPTON, OBA #11851
AMY J. PIERCE, OBA #17980
CORBYN HAMPTON PLLC
211 N. Robinson, Suite 1910
Oklahoma City, Oklahoma 73102
Telephone:  (405) 239-7055
Facsimile:  (405) 702-4348
jhampton@corbynhampton.com
apierce@corbynhampton.com

-AND-

ADAM S. HAKKI (*pro hac vice* request
  forthcoming)
CHRISTOPHER R. FENTON (*pro hac vice*
  request forthcoming)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone:  (212) 848-4000
Facsimile:  (212) 848-7179
ahakki@shearman.com
cfenton@shearman.com

**ATTORNEYS FOR THE UNDERWRITER DEFENDANTS BVA SECURITIES, INC., CAPITAL ONE SOUTHCOAST, INC., COLLINS STEWART LLC, CREDIT SUISSE SECURITIES (USA) LLC, FORTIS SECURITIES LLC, HOWARD WEIL INCORPORATED, JEFFERIES & COMPANY, INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, MORGAN KEEGAN & COMPANY, INC., PRITCHARD CAPITAL PARTNERS, LLC, TUDOR, PICKERING, HOLT & CO. SECURITIES, INC., AND WEDBUSH MORGAN SECURITIES, INC.**

        s/Hugh A. Baysinger
_____
(*signed by filing attorney with permission*)
HUGH A. BAYSINGER, OBA #617
STEPHEN L. OLSON, OBA #6777
ANDREW R. HARROZ, OBA #22868
PIERCE, COUCH, HENDRICKSON,
  BAYSINGER & GREEN, L.L.P.
1109 North Francis
Oklahoma City, OK 73016
Telephone:  (405) 235-1611
Facsimile:  (405) 235-2904
hbaysinger@piercecouch.com
solson@piercecouch.com
aharroz@piercecouch.com

**ATTORNEYS FOR DEFENDANT SMITH CARNEY & CO. P.C.**

### CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of May, 2011 I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing which forwards a copy to Plaintiffs' counsel, an ECF registrant:

    Jason E. Roselius
    Derrick L. Morton
    Nelson Roselius Terry & Morton
    3540 South Boulevard, Suite 300
    Edmond, Oklahoma 73013
    roselius@nrtlaw.com
    morton@nrtlaw.com

I further certify that on this 18th day of May, 2011, a true and correct copy of the above and foregoing was served by U.S. Mail on the following:

| | |
|---|---|
| Christopher L. Nelson | Jeffery J. Angelovich |
| Alessandra C. Phillips | Bradley E. Beckworth |
| Barroway Topaz Kessler Meltzer & Check, LLP | Nix Patterson & Roach, LLP |
| 280 King of Prussia Road | 205 Linda Drive |
| Radnor, PA 19087 | Daingerfield, Texas 75638 |

        s/Mack J. Morgan III
_____

5

2154444.01