# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NORTHUMBERLAND COUNTY RETIREMENT SYSTEM and OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> GMX RESOURCES INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Case No. CIV-11-520-D |

## UNOPPOSED MOTION OF DEFENDANTS FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO REMAND

Defendants GMX Resources Inc., Ken L. Kenworthy, Jr., James A. Merrill, Jefferies & Company, Inc., Howard Weil Incorporated, Morgan Keegan & Company, Inc., Capital One Southcoast, Inc., Collins Stewart LLC, Pritchard Capital Partners, LLC, Tudor, Pickering, Holt & Co. Securities, Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, BBVA Securities Inc., Fortis Securities LLC, Wedbush Morgan Securities Inc., Credit Suisse Securities (USA) LLC and Smith Carney & Co., P.C. (collectively, "Defendants") file this Unopposed Motion for Extension of Time to Respond to Plaintiffs' Motion to Remand requesting that the deadline for filing their responses be extended one week, to Friday, July 8, 2011, and show the Court as follows:

1. Plaintiffs filed their Motion to Remand on June 10, 2011 (Doc. No. 54). Defendants' Responses to Plaintiffs' Motion to Remand are currently due on Friday, July 1, 2011.

2. No previous motions for extensions of time have been made.

3. Additional time is required for all defendants to coordinate a single, joint response rather than three separate responses to the motion.

4. Plaintiffs' counsel agrees to the granting of this motion.

5. The extension requested herein will not have any impact on any scheduled trial or other deadlines.

## RELIEF REQUESTED

Wherefore, Defendants request that this Unopposed Motion for Extension of Time to Respond to Plaintiffs' Motion to Remand be granted, and that Defendants' time to respond to Plaintiffs' Motion to Remand be extended one week, to Friday, July 8, 2011.

Respectfully submitted,

s/Mack J. Morgan III
MACK J. MORGAN III, OBA #6397
L. MARK WALKER, OBA #10508
HARVEY D. ELLIS, OBA #2694
MELANIE W. RUGHANI, OBA #30421
CROWE & DUNLEVY
A Professional Corporation
20 North Broadway Ave., Suite 1800
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-7700
Facsimile: (405) 239-6651
mack.morgan@crowedunlevy.com
mark.walker@crowedunlevy.com
harvey.ellis@crowedunlevy.com
melanie.rughani@crowedunlevy.com

-AND-

KENNETH P. HELD (admitted *pro hac vice*)
L. RONALD ORAN (admitted *pro hac vice*)
VINSON & ELKINS LLP

1001 Fannin Street, Suite 2300
Houston, Texas 77002
Telephone: (713) 758-2222
Facsimile: (713) 615-5219
kheld@velaw.com
roran@velaw.com

**ATTORNEYS FOR DEFENDANTS GMX RESOURCES, INC., KEN L. KENWORTHY, JR., AND JAMES A. MERRILL**

s/Joe M. Hampton
(*signed by filing attorney with permission*)
JOE M. HAMPTON, OBA #11851
AMY J. PIERCE, OBA #17980
CORBYN HAMPTON PLLC
211 N. Robinson, Suite 1910
Oklahoma City, Oklahoma 73102
Telephone: (405) 239-7055
Facsimile: (405) 702-4348
jhampton@corbynhampton.com
apierce@corbynhampton.com

-AND-

ADAM S. HAKKI (admitted *pro hac vice*)
RICHARD F. SCHWED (admitted *pro hac vice*)
CHRISTOPHER R. FENTON (admitted *pro hac vice*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
ahakki@shearman.com
rschwed@shearman.com
cfenton@shearman.com

**ATTORNEYS FOR THE UNDERWRITER DEFENDANTS BBVA SECURITIES INC., CAPITAL ONE SOUTHCOAST, INC., COLLINS STEWART LLC, CREDIT SUISSE SECURITIES (USA) LLC, FORTIS**

**SECURITIES LLC, HOWARD WEIL INCORPORATED, JEFFERIES & COMPANY, INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, MORGAN KEEGAN & COMPANY, INC., PRITCHARD CAPITAL PARTNERS, LLC, TUDOR, PICKERING, HOLT & CO. SECURITIES, INC., AND WEDBUSH MORGAN SECURITIES INC.**

s/Hugh A. Baysinger
_____
(*signed by filing attorney with permission*)
HUGH A. BAYSINGER, OBA #617
STEPHEN L. OLSON, OBA #6777
ANDREW R. HARROZ, OBA #22868
PIERCE, COUCH, HENDRICKSON,
   BAYSINGER & GREEN, L.L.P.
1109 North Francis
Oklahoma City, OK 73016
Telephone:  (405) 235-1611
Facsimile:  (405) 235-2904
hbaysinger@piercecouch.com
solson@piercecouch.com
aharroz@piercecouch.com

**ATTORNEYS FOR DEFENDANT SMITH CARNEY & CO. P.C.**

4

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 30th day of June, 2011 I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing which forwards a copy to Plaintiffs' counsel, an ECF registrant:

| | |
|---|---|
| Jason E. Roselius | Christopher L. Nelson |
| Derrick L. Morton | Alessandra C. Phillips |
| Nelson Roselius Terry & Morton | Barroway Topaz Kessler Meltzer |
| 3540 South Boulevard, Suite 300 |  & Check, LLP |
| Edmond, Oklahoma 73013 | 280 King of Prussia Road |
| roselius@nrtlaw.com | Radnor, PA 19087 |
| morton@nrtlaw.com | cnelson@ktmc.com |
| | aphillips@ktmc.com |
| | |
| Bradley E. Beckworth | |
| Brad E. Seidel | |
| Nix Patterson & Roach, LLP | |
| 205 Linda Drive | |
| Daingerfield, Texas 75638 | |
| bbeckworth@nixlawfirm.com | |

              s/Mack J. Morgan III