# EXHIBIT B

**Losses of the Berbenich Group in Class Period Shares of GMX Resources, Inc.**

**KRISTY BERBENICH:**

| Purchase Date | Purchase Price | Number of Shares | Cost | Sale Date | Sale Price | Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|
| 5/28/2009 | $17.33 | 10 | $173.30 | held | $5.06 | $50.60 | ($122.70) |
| 9/17/2009 | $14.47 | 190 | $2,749.30 | held | $5.06 | $961.40 | ($1,787.90) |
| 12/7/2009 | $12.30 | 200 | $2,460.00 | held | $5.06 | $1,012.00 | ($1,448.00) |
| | | | | | | **Total Losses** | **($3,358.60)** |

**TIMOTHY BERBENICH:**

| Purchase Date | Purchase Price | Number of Shares | Cost | Sale Date | Sale Price | Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|
| 10/15/2009 | $18.00 | 500 | $8,999.95 | held | $5.06 | $2,530.00 | ($6,469.95) |
| 10/22/2009 | $16.45 | 100 | $1,645.00 | held | $5.06 | $506.00 | ($1,139.00) |
| 11/5/2009 | $12.28 | 200 | $2,456.00 | held | $5.06 | $1,012.00 | ($1,444.00) |
| 11/11/2009 | $12.64 | 200 | $2,528.00 | held | $5.06 | $1,012.00 | ($1,516.00) |
| 12/7/2009 | $12.29 | 250 | $3,072.50 | held | $5.06 | $1,265.00 | ($1,807.50) |
| 1/13/2010 | $13.20 | 100 | $1,320.00 | held | $5.06 | $506.00 | ($814.00) |
| 3/9/2010 | $9.69 | 500 | $4,845.00 | 3/12/2010 | $9.73 | $2,530.00 | ($2,315.00) |
| | | | | | | **Total Losses** | **($15,505.45)** |

**THOMAS JANOWITZ:**

| Purchase Date* | Purchase Price | Number of Shares | Cost | Sale Date* | Sale Price | Proceeds | Gain/(Loss) |
|---|---|---|---|---|---|---|---|
| 3/16/2009 | $10.10 | 200 | $2,020.40 | held | $5.06 | $1,012.00 | ($1,008.40) |
| 5/27/2009 | $15.27 | 200 | $3,054.94 | held | $5.06 | $1,012.00 | ($2,042.94) |
| 5/28/2009 | $14.87 | 100 | $1,487.21 | held | $5.06 | $506.00 | ($981.21) |
| 5/29/2009 | $17.53 | 300 | $5,259.63 | held | $5.06 | $1,518.00 | ($3,741.63) |
| 6/2/2009 | $16.68 | 300 | $5,004.45 | held | $5.06 | $1,518.00 | ($3,486.45) |
| 6/5/2009 | $18.18 | 200 | $3,635.38 | held | $5.06 | $1,012.00 | ($2,623.38) |
| 6/8/2009 | $16.67 | 100 | $1,666.57 | held | $5.06 | $506.00 | ($1,160.57) |
| 6/8/2009 | $16.69 | 100 | $1,669.00 | held | $5.06 | $506.00 | ($1,163.00) |
| 6/8/2009 | $16.70 | 300 | $5,010.00 | held | $5.06 | $1,518.00 | ($3,492.00) |
| 6/19/2009 | $15.00 | 200 | $3,000.94 | held | $5.06 | $1,012.00 | ($1,988.94) |
| 6/19/2009 | $14.72 | 100 | $1,472.47 | held | $5.06 | $506.00 | ($966.47) |
| 10/7/2009 | $13.59 | 200 | $2,718.94 | held | $5.06 | $1,012.00 | ($1,706.94) |
| 10/7/2009 | $13.59 | 100 | $1,359.47 | 12/2/2011 | $1.28 | $128.20 | ($1,231.27) |
| 11/9/2009 | $12.37 | 200 | $2,473.48 | 12/2/2011 | $1.28 | $256.40 | ($2,217.08) |
| 11/10/2009 | $12.37 | 300 | $3,711.00 | 12/2/2011 | $1.28 | $384.60 | ($3,326.40) |
| 11/16/2009 | $12.68 | 600 | $7,605.42 | 12/2/2011 | $1.28 | $769.20 | ($6,836.22) |
| | | | | | | **Total Losses** | **($37,972.90)** |

| | |
|---|---|
| **Total Losses of the Berbenich Group** | **($56,836.95)** |

*Dates reflected for the purchases and sales of Thomas Janowitz are dates on which settlement was completed on each purchase or sale of shares.

**Holding value of $5.06 per share reflects closing price on the date that the first complaint was filed in this matter.