# EXHIBIT D



**Madisonville, Louisiana**

206 Covington Street
Madisonville, LA 70447
Toll Free: (866) 467-1400
Phone: (504) 455-1400
Fax: (504) 455-1498

**New York, New York**

500 5th Avenue, Suite 1810
New York, NY 10110
Phone: (212) 696-3730
Fax: (504) 455-1498

www.ksfcounsel.com

**Table of Contents**
**The Firm** ........................................................................................................................... 2

**Antitrust and Competition Litigation** ........................................................................... 2
  **Current Cases** ............................................................................................................. 2

**Consumer Protection Litigation** .................................................................................. 2
  **Current Cases** ............................................................................................................. 2
  Recent Recoveries ......................................................................................................... 3

**Corporate Governance and Derivative Suits** ............................................................... 4
  **Current Cases** ............................................................................................................. 4
  **Recent Recoveries** ..................................................................................................... 4

**Securities Fraud Litigation** .......................................................................................... 5
  **Current Cases** ............................................................................................................. 5
  **Recent Recoveries** ..................................................................................................... 6

**Attorneys** ........................................................................................................................ 7
  **Partners** ...................................................................................................................... 7
    *Lewis S. Kahn* ........................................................................................................... 7
    *Michael A. Swick* ..................................................................................................... 7
    *Charles C. Foti, Jr.* ................................................................................................... 8
    *Kim E. Miller* ............................................................................................................. 9
    *Albert M. Myers* ..................................................................................................... 11
    *Andrew J. Morganti* ............................................................................................... 12
  **Of Counsel** ................................................................................................................ 13
    *Neil Rothstein* ......................................................................................................... 13
    *Geoffrey C. Rodriguez* ........................................................................................... 14
  **Associates** ................................................................................................................ 14
    *Bruce W. Dona* ....................................................................................................... 14
    *Craig J. Geraci* ....................................................................................................... 15
    *Christopher W. Kaul* ............................................................................................. 15
    *J. Ryan Lopatka* ..................................................................................................... 16
    *Melinda A. Nicholson* ............................................................................................ 16
    *Cecilia E. Rutherford* ............................................................................................. 17

# The Firm

Kahn Swick & Foti, LLC ("KSF") (www.ksfcounsel.com) is a boutique law firm with offices in Louisiana and New York City. KSF focuses predominantly on class actions, in the areas of securities and consumer fraud, and on shareholder derivative and other complex litigation. Since its inception in 2000, KSF has recovered tens of millions of dollars for its clients.

The lawyers of KSF have extensive experience litigating complex securities cases. Among other cases the firm is involved in, KSF has been appointed to leadership roles in the following litigations:

# Antitrust and Competition Litigation

## Current Cases

***In re Transatlantic Air Passenger Surcharge Competition Act Litigation,*** 09-cv-384306
 *Ontario Superior Court of Justice, Toronto, Justice Perell*

***In re Transpacific Air Passenger Surcharge Competition Act Litigation***, 09-cv-384304
 *Ontario Superior Court of Justice, Toronto, Justice Perell*

***In re Packaged Ice Competition Act Litigation,*** 10-cv-14457
 *Ontario Superior Court of Justice, Windsor, Justice Leitch*

***In re Polyurethane Foam Competition Act Litigation,*** 10-cv-15164
 *Ontario Superior Court of Justice, London, Justice Leitch*

# Consumer Protection Litigation

## Current Cases

***In re: Actimmune Marketing Litigation***, No. C 08-02376 MHP (N.D. Cal.), *member of Plaintiffs' Steering Committee*, putative nationwide class action on behalf of consumers and third-party payors who paid for the prescription drug Actimmune to treat idiopathic

pulmonary fibrosis, an incurable disease for which Actimmune was not approved by the FDA as a treatment. The complaint alleges that Actimmune was improperly marketed as providing a survival benefit for people with idiopathic pulmonary fibrosis despite the lack of any scientific study confirming the claim.

***Sean Turnbow, et al. v. Life Partners Inc., et al.,*** No. 3:11-CV-1030-M (N.D. Tex.), *Interim Co-Lead Class Counsel.* Putative nationwide class action on behalf of consumers (and a Subclass of California residents) who purchased or otherwise acquired fractional interests in life settlements from Life Partners Inc. Life settlement transactions involve the sale of an existing life insurance policy to another party whereby the selling policyholder receives an immediate cash payment. The complaint alleges that Life Partners Inc. and other Defendants negligently disregarded that the life expectancy assessments provided to Class members were materially inaccurate, resulting in overpayments by Class members for their investments.

## Recent Recoveries

***In re: General Motors Corp. Speedometer Products Liability Litigation,*** MDL No. 1896, *Co-Lead Counsel*. These multi-state consumer fraud actions, consolidated in federal court in the Western District of Washington, alleged that certain makes and models of GM vehicles contain a defective component that caused premature speedometer failure. The settlement required GMC to repair certain of the vehicles and to extend warranties for a substantial period of time or mileage duration, at an estimated value to the Class in excess of **$300 million.**

***Rose Goudeau, et. al. v. The Administrators of the Tulane Educational Fund, et. al.***, No. 2004-04758, Sec. 13, Div. J (Civil District Court for the Parish of Orleans), *Class Co-Counsel*, certified nationwide class action on behalf of the near relatives of individuals who donated their bodies to the Tulane Willed Body Program. The complaint alleges that the Tulane Willed Body Program sold the donated bodies and/or body parts that it did not need to third parties. A settlement of $8,300,000 was obtained.

# Corporate Governance and Derivative Suits

## Current Cases

***In re Bank of America Corp. Securities, Derivative, and Employment Retirement Income Security Act (ERISA) Litigation,*** 09 Civ.580 (DC)
*Southern District of New York*
*Co-Lead Counsel in the Consolidated Derivative Action*

***In re Barnes & Noble Stockholder Derivative Litigation***, C.A. No. 4813-VCS
*Court of Chancery of the State of Delaware*
*Co-Lead Counsel*

***In re BP Shareholder Derivative Litigation***, Master File No. 4:10-cv-03447
*Southern District of Texas*
*Co-Lead Counsel*

***In re ITT Educational Services, Inc. Securities and Shareholder Derivative Litigation,*** 10-cv-8323
*Southern District of New York*
*Co-Lead Counsel*

***In re Moody's Corporation Shareholder Derivative Litigation,*** No. 1:08-CV-9323
*Southern District of New York*
*Lead Counsel*

***In re Morgan Stanley & Co., Inc. Auction Rate Secs. Deriv. Litig.,*** 1:08-cv-07587-AKH
*Southern District of New York*
*Lead Counsel*

***Robert Michael Shenk, Derivatively on Behalf of Sirius XM Radio, Inc., v. Melvin Alan Karmazin, et al.,*** No. 01:11-cv-02943-JSR
*Southern District of New York*

## Recent Recoveries

***In re ArthroCare Corp. Sec. Litigation,*** No. 08-cv-574-SS (W.D. Tex.), *Co-Lead Counsel*, federal derivative action filed on behalf of ArthroCare Corp. against certain officers and directors, resulting in a cash settlement of $8 million on behalf of the Company, along with important corporate governance changes.

***In re Proquest Company Shareholder Deriv. Litig.,*** 2:06-cv-11845-AC-MKM (E.D. Mich.), *Co-Lead Counsel*, federal derivative action filed on behalf of ProQuest Company (now Voyager) against certain officers and directors, resulting in a settlement with important corporate governance changes.

# Securities Fraud Litigation

## Current Cases

***In re Allot Communications Ltd. Securities Litigation,*** 1:07-cv-03455-RJH
   *Southern District of New York*
   *Co-Lead Counsel*

***Arfa v. Mecox Lane Limited,*** 10-cv-9053-RWS
   *Southern District of New York*
   *Co-Lead Counsel*

***Bang v. Acura Pharmaceuticals, Inc.,*** 10 c 5757
   *Northern District of Illinois*
   *Lead Counsel*

***In re China Sunergy Securities Litigation***, 1:07-civ-7895-DAB
   *Southern District of New York*
   *Lead Counsel*

***Elgaouni v. Meta Financial Group, Inc.,*** 10-4108-MWB
   *Northern District of Iowa*
   *Lead Counsel*

***Gooden v. Smart Online et al.,*** 1:07-cv-785-WLO
   *Middle District of North Carolina*
   *Co-Lead Counsel*

***In re HomeBanc Corporation Securities Litigation,*** 1:08-cv-1461-TCB
   *Northern District of Georgia*
   *Co-Lead Counsel*

***In re MELA Sciences, Inc. Securities Litigation***, No. 10 Civ 8774(JFM)
   *Southern District of New York*
   *Co-Lead Counsel*

***Miyahira v. Vitacost.com, Inc.,*** No. 1-80644-CIV-RYSKAMP/VITUNAC
   *Southern District of Florida*
   *Co-Lead Counsel*

***In re Nvidia Corporation Securities Litigation,*** 08-CV-4260-JW
   *Northern District of California*
   *Co-Lead Counsel*

***Shah Rahman v. Kid Brands, Inc. et al.,*** 11-cv-01624 (JLL) (CCC)
   *District of New Jersey*
   *Lead Counsel*

***In re Superior Offshore International, Inc. Securities Litigation,*** 4:08-cv-00687-NFA
   *Southern District of Texas*
   *Lead Counsel*

**Recent Recoveries**

*In re Virgin Mobile USA IPO Litigation,* 2:07-cv-05619-SDW-MCA (D.N.J.), *Co-Lead Counsel*, federal securities IPO-related class action against a company providing wireless communication services, certain officers and directors, certain controlling shareholder entities, and Virgin's underwriters, resulting in a cash settlement of **$19.5 million** for investors.

*In re BigBand Networks, Inc Securities Litigation,* 3:07-CV-05101-SBA (C.D. Cal.), *Co-Lead Counsel,* federal securities class action brought against a computer hardware corporation, certain officers and directors of the Company, and the Company's Underwriters, resulting in a cash settlement of **$11 million** for investors.

*In re U.S. Auto Parts Networks, Inc. Securities Litigation,* 2:07-cv-02030-GW-JC (C.D. Cal.), *Lead Counsel*, federal securities IPO-related class action against an online automotive supply company, certain members of its board of directors, and its underwriters, resulting in a cash settlement of **$10 million** for investors.

*In re ShoreTel, Inc. Securities Litigation*, 3:08-cv-00271-CRB (N.D. Cal.), *Lead Counsel,* federal securities IPO-related class action brought against an Internet protocol telecommunications company, certain of its officers and directors, and its underwriters, resulting in a cash settlement of **$3 million** for investors.

*In re Xethanol Corporation Securities Litigation,* 1:06-cv-10234-HB (S.D.N.Y.), *Lead Counsel*, federal securities fraud class action against an ethanol production company and certain of its officers and directors, resulting in a cash settlement of **$2.8 million** for investors.

*Mongeli v. Terayon Comm. Systems Inc. et al.,* 4:06-cv-03936-CW (N.D. Cal.), *Co-Lead Counsel*, federal securities fraud class action brought against a communications systems corporation, the Company's outside auditor, and certain officers and directors, resulting in a cash settlement of **$2.73 million** for investors.

*In re Opteum, Inc., Securities Litigation,* 2:07-cv-14278-DLG (S.D. Fla.), *Co-Lead Counsel,* federal securities fraud class action brought against a Real Estate Investment Trust and certain of its officers and directors, resulting in a cash settlement of **$2.35 million** for investors.

# Attorneys

## Partners

**Lewis S. Kahn**

Lewis Kahn is the founding partner of KSF and serves as the firm's managing partner. A substantial portion of Mr. Kahn's practice is devoted to representing shareholders in connection with losses suffered as a result of securities fraud, and in shareholder derivative litigation.

Mr. Kahn manages the firm's portfolio monitoring program for public and private institutional investors. Additionally, Mr. Kahn oversees the firm's lead plaintiff motion practice in PSLRA class action litigation, and serves on the firm's settlement team, which has been responsible for settlements including *In re Virgin Mobile USA IPO Litigation,* 2:07-cv-05619-SDW-MCA ($19.5 million settlement), *In re BigBand Networks, Inc Securities Litigation,* 3:07-CV-05101-SBA ($11 million settlement), and *In re U.S. Auto Parts Networks, Inc. Securities Litigation,* 2:07-cv-02030-GW-JC ($10 million settlement).

In addition to securities lawsuits, Mr. Kahn has significant experience with consumer fraud and mass tort class actions. Mr. Kahn has been appointed to various leadership positions in federal class action litigation.

Mr. Kahn holds a Bachelor's degree from New York University and received a Juris Doctor from Tulane Law School in 1994. He has been a member of the Louisiana State Bar Association since 1995, and is a member of the Federal Bars for the Eastern, Middle and Western Districts of Louisiana.

**Michael A. Swick**

Michael A. Swick is the co-founding partner of KSF and heads the firm's Securities Litigation Group. Mr. Swick has worked at some of the nation's leading securities class action law firms.

Over the past decade, Mr. Swick has played a significant role in investigating large corporate frauds and in initiating litigations against the nation's largest corporations. On behalf of shareholders, Mr. Swick has initiated actions in a number of federal courts, primarily seeking to recover for violation the Securities Act of 1933 and the Securities Exchange Act of 1934.

Recent actions have resulted in tens of millions of dollars of recoveries for investors. Over his career, Mr. Swick has also participated in the litigation of cases that have resulted in hundreds of millions of dollars in recoveries for aggrieved shareholders and institutional investors.

Mr. Swick also works closely with the firm's institutional investor clients and participates in the management and development of KSF's portfolio monitoring systems.

Mr. Swick received a Juris Doctor from Tulane Law School in 1994. Mr. Swick received a Masters of Political Philosophy from Columbia University in 1989 and a B.A. in Philosophy and Political Science from State University of New York at Albany in 1988. Mr. Swick was admitted to the State Bar of New York in 1997 and is admitted to practice before the United States District Court for the Southern District of New York.

**Charles C. Foti, Jr.**

Charles C. Foti, Jr. served as the Attorney General for the state of Louisiana from 2004-2008, after serving for 30 years as one of the most innovative law enforcement officials in the United States as Orleans Parish Criminal Sheriff. Throughout his career, General Foti has remained committed to public service.

As Attorney General for the state of Louisiana, General Foti's achievements include:

Recovering over $24 million for Louisiana consumers in consumer fraud matters, $8 million in anti-trust litigation, $9.1 million for state employees through Office of Group Benefits, over $2 million for auto complaints, over $33 million in Medicaid Fraud.

Investigating and apprehending numerous contractor fraud criminals in the wake of one of the worst natural disasters in United States history, Hurricane Katrina.

Doubling the number of arrests for crime against children through the Louisiana Internet Crimes Against Children Task Force.

In his tenure as Orleans Parish Criminal Sheriff, General Foti oversaw the enormous expansion of the parish jail, growing from 800 prisoners in 1973 to more than 7,000 currently. As the prison expanded, so did the need for education and rehabilitation skills for prisoners. As Sheriff, General Foti started the first reading and GED programs, work release programs, drug treatment programs and the nation's first boot camp at the local level, all to prepare prisoners for a future without crime. Administratively, General Foti

managed a multi-million dollar budget and a complex organization of more than 1,400 employees.

General Foti has for many years been an advocate for the elderly. As Sheriff, he and a small army of volunteers provided Thanksgiving meals for senior citizens in the New Orleans area. He started a back-to-work program for senior citizens that helps people over the age of 55 get back into the workforce.

General Foti received his Juris Doctor degree from Loyola University Law School in 1965, after serving his country in the United States Army from 1955 through 1958.

### Kim E. Miller

Kim E. Miller is a KSF partner who specializes in securities and consumer litigation.  Ms. Miller also supervises the New York City office of KSF.  Prior to joining the firm in 2006, Ms. Miller was a partner at one of the nation's leading plaintiff class action firms. Ms. Miller also spent two years as a securities litigator on the defense side.

Over the course of her career, Ms. Miller has represented many thousands of harmed investors and consumers in class actions filed throughout the country.  At a recent settlement hearing in which KSF served as Lead Counsel, *In re ShoreTel, Inc. Sec. Litig,*, 3:08-cv-00271-CRB (N.D. Cal.), the Federal District Court noted, with respect to Ms. Miller, "You're one of the best lawyers to appear in front of me in a long time..."

In addition to litigating many securities fraud and IPO-related securities cases, Ms. Miller has worked extensively on cases involving allegations of improper directed brokerage arrangements and excessive charges in mutual fund cases brought pursuant to the 1934 Securities Exchange Act and/or the Investment Company Act of 1940. She was also involved in the mutual funds late trading/market timing litigation.  Ms. Miller's class action trial experience includes participating in a four-month jury trial involving fraud-based claims the resulted in a jury verdict in favor of the Class.

In the course of her career, Ms. Miller has been involved in a variety of cases in which large settlements were reached, including:

**Settlement value of $127.5 million** *Spahn v. Edward D. Jones & Co., L.P.,* 04-cv-00086-HEA (E.D. Mo.)

**$110 Million Recovery.** *In re StarLink Corn Products Liability Litigation*, MDL No. 1403 (N.D. Ill.)

**$100 Million Recovery.** *In re American Express Financial Advisors*, Inc. Sec. Litig., 1:04-cv-01773-DAB (S.D.N.Y.)

Ms. Miller is KSF's lead litigator in its securities class action practice. While at KSF, Ms. Miller has been involved in and supervised all aspects of the following successful litigations, among many others: *In re Virgin Mobile USA IPO Litig.,* 2:07-cv-05619-SDW-MCA ($19.5 million settlement), *In re BigBand Networks, Inc. Sec. Litig.,* 3:07-CV-05101-SBA ($11 million settlement), and *In re U.S. Auto Parts Networks, Inc. Sec. Litig.,* 2:07-cv-02030-GW-JC ($10 million settlement).

Ms. Miller is also currently the lead litigator in the firm's ongoing securities litigations, including the following cases in which the firm is Lead Counsel: *Bang v. Acura Pharmaceuticals, Inc.*, 10-cv-5757 (N.D. Ill); *Elgaouni v. Meta Financial Group, Inc.,* 10-4108-MWB (N.D. Iowa); *In re China Sunergy Sec. Litig.*, 1:07-cv-7895-DAB (SDNY); *In re Superior Offshore International, Inc. Sec. Litig.,* 4:08-cv-00687-NFA (S.D. Tex.). She is also currently the firm's lead litigator in the following cases in which KSF is Co-Lead Counsel: *In re Nvidia Corporation Sec. Litig.,* 08-CV-4260-JW (N.D. Cal.) ; *In re Allot Communications Ltd. Sec. Litig.,* 1:07-cv-03455-RJH (SDNY); *Gooden v. Smart Online et al.,* 1:07-cv-785-WLO (M.D.N.C.); *Miyahira v. Vitacost.com, Inc.,* No. 1-80644-CIV-RYSKAMP/VITUNAC (S.D. Fla.)

After graduating with honors from Stanford University in 1992 with a double major in English and Psychology, Ms. Miller earned her Juris Doctor degree from Cornell Law School, *cum laude*, in 1995. While at Cornell, Ms. Miller was the Co-Chair of the Women's Law Symposium, Bench Brief Editor of the Moot Court Board, and a member of the Board of Editors of the Cornell Journal of Law & Public Policy. During Law School, she also completed a summer judicial externship for the Honorable David V. Kenyon, Federal District Court Judge for the Central District of California. Her *pro bono* work includes representing families of 9/11 victims at *In re September 11 Victim Compensation Fund* hearings. Ms. Miller has also served as a fundraiser for the New York Legal Aid Society. She is admitted to practice in the States of California and New York and before the United States District Courts for the Southern and Eastern Districts of New York and the Northern, Southern, and Central Districts of California. She is also admitted to the United States Court of Appeals for the Fifth Circuit.

**Albert M. Myers**

Albert M. Myers, a partner in the Louisiana office of KSF, prosecutes the rights of shareholders in class action litigation, shareholder derivative litigation, and corporate governance litigation. In addition, he represents consumers in financial services class action litigation.

Mr. Myers is currently handling many KSF lead counsel engagements, including:

*In re Arthrocare Corp. Securities Litigation*, No. A-08-cv-00574-SS (W.D. Tex. 2009) (Co-Lead Counsel for Derivative Plaintiffs)

*In re Bank of America Corp. Securities, Derivative, and ERISA Litigation*, No. 09 MDL 2058 (DC) (S.D.N.Y. 2009) (Co-Lead Counsel for Derivative Plaintiffs)

*In re Barnes & Noble Stockholder Derivative Litigation*, C.A. No. 4813-VCS (Del. Ch. 2009) (Co-Lead Counsel)

*In re BP Shareholder Derivative Litigation*, Master File No. 4:10-cv-03447 (S.D. Tex.) (Co-Lead Counsel)

*In re Morgan Stanley & Co., Inc. Auction Rate Securities Derivative Litigation*, No. 08 Civ. 7587 (AKH) (S.D.N.Y. 2008) (Lead Counsel)

Since he began his practice in 1994, Mr. Myers has represented clients in securities and corporate disputes in numerous courts. Successful results for clients include:

*Bailey v. Cumberland Casualty & Surety Co.,* No. 7:04-cv-02162-TMP, slip op. (N.D. Ala. June 3, 2005), aff'd, No. 05-13740-BB (11th Cir. May 11, 2006)

*In re Intelligroup Securities Litigation*, 468 F. Supp. 2d 670 (D.N.J. 2006)

*Kwiatkowski v. Bear Stearns Co.*, No. 96 Civ. 4798 (JGK), 1997 WL 538819 (Aug. 29, 1997)

*Oran v. Stafford*, 226 F.3d 275 (3d Cir. 2000)

*Quaker Oats Co. v. Borden, Inc.*, No. 95 Civ. 9300 (RO), 1996 WL 255386 (S.D.N.Y. May 15, 1996).

*In re Recoton Corp. Securities Litigation*, 358 F. Supp. 2d 1130 (M.D. Fla. 2005)

Mr. Myers received his B.A. from Yale University and his J.D., *magna cum laude*, from New York Law School, where he was the John Ben Snow Scholar (1991-1994), a Teaching Fellow, Chief Articles Editor of the *New York Law School Law Review*, and coached the school's moot court team in the Kaufman Securities Law Competition.

He served as a judicial intern to the Honorable Prudence Carter Beatty of the United States Bankruptcy Court for the Southern District of New York, and is the author of Anatomy of a Cross-Border Securities Investigation: A Case Study (Int'l Bar Ass'n Oct. 2004), Whom May the Corporation Serve?—The Constitutionality of Nonstockholder Constituency Statutes, 39 N.Y.L. Sch. L. Rev. 449 (1994), and other publications.

Mr. Myers is a member of the Georgia and New York bars, the Federal Bar Association, and the International Bar Association.

**Andrew J. Morganti**

is the head of the Firm's Antitrust and Competition Law Litigation practice groups handling mandates in Canada and the United States. He has over twelve years of antitrust and competition law, commodity manipulation, and securities fraud litigation experience.

He is or was a member of the plaintiffs' counsel group in the following resolved or partially resolved actions:

*In re Polyurethane Foam Competition Litig.,* 10-cv-15164 (ON Superior Crt.);

*In re Confectionery Chocolate Antitrust Litig.,* 08-cv-347263 (ON Superior Crt.), partial settlement, only;

*In re Transpacific Passenger Fuel Surcharge Competition Litig.,* 09-cv-384304 (ON Superior Crt.), partial settlement, only;

*In re NovaGold Resources Securities Litig.,* CV-09-13833 (ON Superior Crt.), $28 million cross-border settlement;

*In re Initial Public Offering Securities Litig.,* 21 MC 92 (SAS) (S.D.N.Y.), $586 million settlement covering 309 new economy initial public offerings;

*Myers and Koehmsted v. Move, Inc., Merrill Lynch & Co., et al.,* No. BC 312115 (L.A. Sup. Crt.) and 03-cv-5574 (S.D.N.Y.), see also, Move, Inc., 2006 10-K;

*Purcell et al. v. Homestore.com, Inc., et al.,* No. LC 67919 (L.A. Sup. Crt. 2004), over $6 million settlement;

*Arsfinatica Ltd. v. Morgan Stanley,* NASD No. 04-07867 (Cal. arbitration), settlement value of approximately 50% of the recoverable losses;

*Bollinger Trust Ltd. v. Merrill Lynch Pierce Fenner & Smith,* NASD No. 03-08947 (N.Y. arbitration);

*In re USN Communications Securities Litig.,* 98-cv-7482 (N.D. Ill.);

and

*In re Cardizem CD Antitrust Litig.,* MDL No. 1278 (E.D. Mich.).

He is currently one of the vice chairs of the American Bar Association Class Action & Derivative Suit Committee and was the 2010-2011 Chair of the State Bar of Michigan Antitrust Section. He has lectured on antitrust and shareholders rights' matters before various academic, governmental, and professional associations.

Mr. Morganti earned an undergraduate degree with honors from the University of Michigan, a Juris Doctor degree from Michigan State University, and a LL.M. in International Financial & Banking Laws from Boston University. He is admitted to practice law in the State of Michigan (1998), the District of Columbia (2002), and Ontario, Canada (2010).

## Of Counsel

### Neil Rothstein

Neil Rothstein is of counsel to KSF. Mr. Rothstein has spent more than twenty years involved in all aspects of class action litigation. He is a graduate of Case Western Reserve University (B.A. 1986) and the Temple University School of Law (J.D. 1989).

During law school, Mr. Rothstein was a summer associate and a law clerk for two nationally known class action firms and later became an attorney at one of them. In 1997, he joined a small boutique law firm that worked on several important and widely-followed class action cases in the country.

Mr. Rothstein has extensive experience in all phases of securities, antitrust, consumer, and shareholder derivative litigation. He has always believed that the clients' needs come first. In that light, he focuses on helping to lead Kahn Swick & Foti, LLC in client development and communications, client education and client participation in litigation in which they have been financially and otherwise injured.

### Geoffrey C. Rodriguez

Geoffrey Rodriguez, in KSF's Louisiana office, focuses on federal securities class action and derivative litigation. He is actively involved in cases pending before various federal courts across the United States.

Mr. Rodriguez received a B.A. *magna cum laude* with majors in economics, history, political science, philosophy, and political economy from Tulane University (2005), where he was a Dunbar Fellow and received departmental honors in history and political science. In 2008, he received his J.D. from Georgetown University Law, where he was a Dean's Scholar. As a member of the Law Center's Moot Court team, he competed in the European Tax College Moot Court Competition in 2007, and served as a coach in the same competition in 2008.

Mr. Rodriguez is admitted to practice in Louisiana and is a member of the Louisiana State Bar Association.

## Associates

### Bruce W. Dona

Bruce Dona, an associate in KSF's New York office, focuses on federal securities class action litigation. He is involved in cases pending before federal courts across the United States.

Mr. Dona received his J.D. from George Washington University Law School in 2009. During the summer of 2007, he studied international trade law and comparative mergers and acquisitions in Rio de Janeiro, Brazil. He received his B.A. in 2004 with a double major in International Affairs and Foreign Languages (Spanish and French) from Lewis and Clark College. He is fluent in Spanish, French and Portuguese.

Mr. Dona is admitted to practice in New York and is a member of the New York State Bar Association.

**Craig J. Geraci**

Craig Geraci, an associate in KSF's Louisiana office, focuses on federal securities litigation. He is actively involved in cases pending before various federal courts across the United States.

Mr. Geraci received his J.D. from Tulane University Law School in 2009 and received a B.S. with a major in finance from the University of New Orleans in 2005. Prior to joining KSF, Mr. Geraci litigated numerous matters in Mississippi state and federal courts. Mr. Geraci has also presented oral argument before the United States Court of Appeals for the Federal Circuit.

Mr. Geraci is admitted to practice in Louisiana, Mississippi and Alabama and is a member of the Louisiana, Mississippi and Alabama State Bar Associations. Mr. Geraci is admitted to practice before the United States Court of Appeals for the Fifth Circuit and the Federal Circuit and the United States District Courts for the Northern and Southern Districts of Mississippi.

**Christopher W. Kaul**

Christopher Kaul is an associate in the Louisiana office who focuses on federal securities class action and derivative litigation. He is actively involved in cases pending before various federal courts across the United States, including *In re Bank of America Corp. Securities, Derivative & ERISA Litigation*, 09 MD 2058 (DC) (S.D.N.Y. 2009).

Mr. Kaul received his J.D. *cum laude* from Loyola New Orleans College of Law (2010). During law school, Mr. Kaul worked for KSF as a law clerk and served as the print editor for the *Loyola Law and Technology Annual*. He received a B.A. with a major in finance from Wayne State University in Detroit, Michigan.

Mr. Kaul is admitted to practice in Louisiana and is a member of the Louisiana State Bar Association. Mr. Kaul is admitted to practice before the United States Court of Appeals for the Fifth Circuit and the United States District Courts for the Eastern, Middle, and Western Districts of Louisiana.

### J. Ryan Lopatka

J. Ryan Lopatka, an associate in KSF's Louisiana office, focuses on federal securities class action litigation. He is involved in cases pending before federal courts across the United States.

Mr. Lopatka received his J.D. from Tulane University Law School in 2010. During the summer of 2009, he studied international capital markets and securities law at Cambridge University and Queen Mary School of Law in London, England. He received his B.A. with honors in history from Loyola University New Orleans in 2004.

Mr. Lopatka is admitted to practice in Louisiana and Illinois and is a member of the Louisiana and Illinois State Bar Associations and Chicago Bar Association.

**Publications:**

- Author, "*The Problem of Circumventing the Labor Management Reporting and Disclosure Act by Using the Ancillary Business Model*," Hot Topics in the Legal Profession - 2010, Quid Pro Law Books (2010).

- Contributing Researcher, NLRA Rights in the Nonunion Workplace, BNA Books (2010).

### Melinda A. Nicholson

Melinda A. Nicholson, an associate in KSF's Louisiana office, focuses on shareholder derivative and class action litigation. She is actively involved in cases pending before various federal courts across the United States, including *In re Bank of America Corp. Securities, Derivative & ERISA Litigation*, 09 MD 2058 (DC) (S.D.N.Y. 2009). Prior to joining the firm, Ms. Nicholson worked for defense firms in New York, handling complex commercial litigations and regulatory investigations involving a variety of legal issues, including fiduciary obligations, securities violations, contractual breaches, antitrust and insurance coverage.

Ms. Nicholson completed a joint B.A./J.D. program at Tulane University, receiving a B.A. in Political Science, with a concentration in American Politics and Policies and a minor in Economics, from Tulane in 2003 and a J.D. from Tulane in 2005. While at Tulane Law School, Ms. Nicholson served as a Notes and Comments Managing Editor for the *Tulane Law Review*, which published her comment, *The Constitutional Right to Self-Representation: Proceeding Pro Se and the Requisite Scope of Inquiry When Waiving*

*Right to Counsel*, 79 TUL. L. REV. 755 (2005).  She has received numerous awards, including the Dean's Medal for attaining the highest grade point average during the third year, the George Dewey Nelson Memorial Award for attaining the highest grade point average in common law subjects throughout the three years of law study, and Order of the Coif.  She graduated from the law school *summa cum laude* and ranked second in her class.

Ms. Nicholson is admitted to practice in Louisiana and New York, and before the United States District Courts for the Eastern District of Louisiana, Western District of Louisiana, and Southern District of New York.

### Cecilia E. Rutherford

Cecilia E. Rutherford, an associate in KSF's Louisiana office, focuses on shareholder derivative litigation. She is actively involved in cases pending before federal courts across the United States.

Prior to joining KSF, Ms. Rutherford's legal work experience included representing major financial institutions in a wide variety of capital markets transactions, including representing trustees in closing numerous asset backed securitizations and collateralized debt obligations.  Ms. Rutherford also worked as a public defender in Orleans Parish Juvenile Court.

Ms. Rutherford received her J.D. from Boston University School of Law (2000). During law school, she served as the note editor for the *American Journal of Law & Medicine*. She attended St. Catherine's College, Oxford University and completed courses focusing on international and European Union law.  Ms. Rutherford received a B.A. in sociology/anthropology, with a concentration in political economy, from Carleton College in Northfield, Minnesota.

Ms. Rutherford is admitted to practice in Louisiana, New York and North Carolina.