**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1) NORTHUMBERLAND COUNTY RETIREMENT SYSTEM and<br>2) OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>1) GMX RESOURCES INC.,<br>2) KEN L. KENWORTHY, JR.,<br>3) JAMES A. MERRILL,<br>4) JEFFERIES & COMPANY, INC.,<br>5) HOWARD WEIL INCORPORATED,<br>6) MORGAN KEEGAN & COMPANY, INC.,<br>7) CAPITAL ONE SOUTHCOAST, INC.,<br>8) COLLINS STEWART LLC,<br>9) PRITCHARD CAPITAL PARTNERS, LLC,<br>10) TUDOR, PICKERING, HOLT & CO. SECURITIES, INC.,<br>11) MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,<br>12) BBVA SECURITIES INC.,<br>13) FORTIS SECURITIES LLC,<br>14) WEDBUSH MORGAN SECURITIES INC.,<br>15) CREDIT SUISSE SECURITIES (USA) LLC and<br>16) SMITH CARNEY & CO., P.C.,<br><br>　　　　　　　　Defendants. | Civil Action No. 11-cv-00520-D<br><br><u>CLASS ACTION</u> |

**NORTHUMBERLAND COUNTY RETIREMENT SYSTEM AND OKLAHOMA
LAW ENFORCEMENT RETIREMENT SYSTEM'S MOTION FOR
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF
<u>LEAD PLAINTIFF'S SELECTION OF COUNSEL</u>**

PLEASE TAKE NOTICE that Northumberland County Retirement System ("Northumberland") and Oklahoma Law Enforcement Retirement System ("OLERS") (collectively, "Northumberland-OLERS"), will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order (i) appointing Northumberland-OLERS as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 77z-1(a)(3)(B); (ii) approving their selection of Kessler Topaz Meltzer & Check, LLP and Nix Patterson & Roach, LLP as Co-Lead Counsel; and (iii) approving their selection of Nelson, Roselius, Terry & Morton as Liaison Counsel.

In support of this Motion, Northumberland-OLERS submit herewith a Brief and the Declaration of Jason E. Roselius.

Dated: February 3, 2012                     Respectfully submitted,

**NELSON, ROSELIUS,**
**TERRY & MORTON**

*/s/ Jason E. Roselius*

Jason E. Roselius, OBA No. 16721
Derrick L. Morton, OBA No. 17934
P.O. Box 138800
Oklahoma City, OK 73113-8800
Telephone: (405) 705-3600
Facsimile: (405) 705-2573

*Proposed Liaison Counsel*

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Sean M. Handler
Naumon A. Amjed
Ryan T. Degnan
280 King of Prussia Road
Radnor, PA 19087

2

Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**NIX PATTERSON & ROACH, LLP**
Jeffrey J. Angelovich, OBA No. 19981
Bradley E. Beckworth, OBA No. 19982
205 Linda Drive
Daingerfield, TX 75638
Telephone: (903) 645-7333
Facsimile: (903) 645-5389

*Counsel for Northumberland-OLERS and Proposed co-Lead Counsel*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following ECF registrants:

| | |
|---|---|
| Mack J. Morgan III | morgan@crowedunlevy.com |
| L. Mark Walker | walterm@crowedunlevy.com |
| Harvey D. Ellis | ellish@crowedunlevy.com |
| Melanie W. Rughani | melanie.rughani@crowedunlevy.com |
| Kenneth P. Held | kheld@velaw.com |
| L. Ronald Oran | roran@velaw.com |

*For GMX Resources, Inc., Ken L. Kenworthy, Jr. and James A. Merrill*
_____

| | |
|---|---|
| Joe M. Hampton | jhampton@corbynhampton.com |
| Amy J. Pierce | apierce@corbynhampton.com |

*For Merrill Lynch Pierce Fenner & Smith, Inc.*
*Morgan Keegan & Company, Inc*
*Jefferies & Company Inc.*
*Howard Weil Incorporated*
*Capital One Southcoast Inc.*
*Collins Stewart LLC*
*Pritchard Capital Partners LLC*
*Tudor Pickering Holt & Co Securities Inc.*
*BBVA Securities Inc.*
*Fortis Securities LLC*
*Wedbush Morgan Securities Inc*
*Credit Suisse Securities LLC*
_____

| | |
|---|---|
| Hugh A. Baysinger | hbaysinger@piercecouch.com |
| Stephen L. Olson | solson@piercecouch.com |
| Andrew R. Harroz | aharroz@piercecouch.com |

*For Smith Carney & Co PC*
_____

I certify that on the 3rd day of February, 2012, I served the attached document by US Postal Service, First Class Delivery, on the following, who are not registered participants of the ECF System:

Adam S. Hakki
Christopher R. Fenton
Richard Schwed
Shearman & Sterling
599 Lexington Avenue
New York, NY   10022

*/s/ Jason E. Roselius*