**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| NORTHUMBERLAND COUNTY RETIREMENT SYSTEM and OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>GMX RESOURCES INC., et al.,<br><br>    Defendants. | Case No. CIV-11-520-D |

## JOINT STATUS REPORT

Plaintiffs Northumberland County Retirement System and Oklahoma Law Enforcement Retirement System (collectively, the "Northumberland Plaintiffs") and Defendants file this joint status report in response to the Court's February 8, 2012 order (Doc. No. 87). For the reasons stated below, the parties respectfully submit that the stay on the briefing of the pending motions to dismiss (Doc. Nos. 57, 58, and 59), should remain in place until after lead plaintiffs ("Lead Plaintiffs") are appointed pursuant to the Private Securities Litigation Reform Act ("PSLRA") and Lead Plaintiffs decide whether to stand on the original petition or file an amended complaint.

On February 3, 2012, in accordance with the deadline set forth in this Court's July 6, 2011 Order (Doc. No. 66, the "July 6 Order"), the Northumberland Plaintiffs filed a motion (Doc. No. 78) to be appointed Lead Plaintiffs. Also on that day, another group of putative class members, the Berbenich Group, filed a motion to be appointed Lead

Plaintiffs (Doc. No. 71). Any oppositions to the motions for appointment as lead plaintiff must be filed by February 24, 2012.

Pursuant to the July 6 Order, whichever group is ultimately appointed Lead Plaintiffs has 45 days following appointment to file an amended complaint. In the interests of judicial economy and conservation of the parties' resources, the parties jointly propose the following schedules, in the alternative, depending on whether Lead Plaintiffs choose to file an amended complaint within 45 days of their appointment as Lead Plaintiffs.

Should Lead Plaintiffs decide to file an amended complaint within 45 days of being appointed, then the pending motions to dismiss – brought against the original petition filed in state court – would necessarily be moot, should be denied as such without prejudice to their reassertion, and briefing on renewed motions to dismiss should proceed pursuant to the schedule set forth in the July 6 Order.

Should Lead Plaintiffs decide not to file an amended complaint within 45 days of being appointed Lead Plaintiffs, the pending motions to dismiss should be considered operative, and Lead Plaintiffs should be required to respond to the pending motions to dismiss 45 days thereafter (in other words, 90 days after being appointed Lead Plaintiffs), with Defendants' reply briefs thereto due 15 days thereafter.

DATED:   February 16th, 2012.

                                                   Respectfully submitted,

                                                   s/Mack J. Morgan III
                                                 MACK J. MORGAN, III, OBA #6397
                                                 CROWE & DUNLEVY

A Professional Corporation
20 North Broadway Ave., Suite 1800
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-7700
Facsimile: (405) 239-6651
mack.morgan@crowedunlevy.com

-AND-

KENNETH P. HELD (admitted *pro hac vice*)
JOHN D. SHEPPARD (admitted *pro hac vice*)
SCHIFFER ODOM HICKS & JOHNSON PLLC
700 Louisiana St., Suite 1200
Houston, Texas 77002
Office: 713.357.5150
Direct: 713.255.4107
Fax: 713-357-5160
kheld@sohjlaw.com
jshepparard@sohjlaw.com

**ATTORNEYS FOR DEFENDANTS GMX RESOURCES, INC., KEN L. KENWORTHY, JR. AND JAMES A. MERRILL**

s/Jason E. Roselius
_____
(*signed by filing attorney with permission*)
Jason E. Roselius, OBA No. 16721
Derrick L. Morton, OBA No. 17934
NELSON, ROSELIUS, TERRY & MORTON
P.O. Box 138800
Oklahoma City, Oklahoma 73113-8800
Telephone: (405) 705-3600
Facsimile: (405) 705-2573

-AND-

Christopher L. Nelson
Alessandra C. Phillips
KESSLER TOPAZ MELTZER & CHECK, LLP
280 King of Prussia Road

Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

-AND-

Jeffrey J. Angelovich, OBA No. 19981
Bradley E. Beckworth, OBA No. 19982
NIX PATTERSON & ROACH, LLP
205 Linda Drive
Daingerfield, Texas 75638
Telephone: (903) 645-7333
Facsimile: (903) 645-5389

**ATTORNEYS FOR PLAINTIFFS NORTHUMBERLAND COUNTY RETIREMENT SYSTEM AND OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM**

s/Joe M. Hampton
(*signed by filing attorney with permission*)
Joe M. Hampton, OBA # 11851
Corbyn Hampton PLLC
211 N. Robinson, Suite 1910
Oklahoma City, Oklahoma 73102
Telephone:  (405) 239-7055
Facsimile:  (405) 702-4348
JHampton@Corbynhampton.com

-AND-

Adam S. Hakki (admitted *pro hac vice*)
Richard F. Schwed (admitted *pro hac vice*)
Christopher R. Fenton (admitted *pro hac vice*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile:  (212) 848-7179
ahakki@shearman.com
rschwed@shearman.com
cfenton@shearman.com

4

**ATTORNEYS FOR DEFENDANTS BBVA SECURITIES INC., CAPITAL ONE SOUTHCOAST, INC., COLLINS STEWART LLC, CREDIT SUISSE SECURITIES (USA) LLC, FORTIS SECURITIES LLC, HOWARD WEIL INCORPORATED, JEFFERIES & COMPANY, INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, MORGAN KEEGAN & COMPANY, INC., PRITCHARD CAPITAL PARTNERS, LLC, TUDOR, PICKERING, HOLT & CO. SECURITIES, INC., AND WEDBUSH MORGAN SECURITIES INC.**

s/Steve Olson

(*signed by filing attorney with permission*)
Steve Olson
Pierce, Couch, Hendrickson, Baysinger & Green, L.L.P.
1109 North Francis
Oklahoma City, OK 73016
Telephone: 405.235.1611
Facsimile: 405.235.2904
SOlson@piercecouch.com

**ATTORNEYS FOR DEFENDANT SMITH CARNEY & CO. P.C.**

### CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February, 2012 I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing which forwards a copy to all registered participants as identified on the Notice of Electronic Filing. Paper copies will be sent to those indicated as non-registered participants.

s/Mack J. Morgan III

2285824.01