## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) NORTHUMBERLAND COUNTY RETIREMENT SYSTEM and<br>2) OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>             Plaintiffs,<br><br>   vs.<br><br>1) GMX RESOURCES INC.,<br>2) KEN L. KENWORTHY, JR.,<br>3) JAMES A. MERRILL,<br>4) JEFFERIES & COMPANY, INC.,<br>5) HOWARD WEIL INCORPORATED,<br>6) MORGAN KEEGAN & COMPANY, INC.,<br>7) CAPITAL ONE SOUTHCOAST, INC.,<br>8) COLLINS STEWART LLC,<br>9) PRITCHARD CAPITAL PARTNERS, LLC,<br>10) TUDOR, PICKERING, HOLT & CO. SECURITIES, INC.,<br>11) MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,<br>12) BBVA SECURITIES INC.,<br>13) FORTIS SECURITIES LLC,<br>14) WEDBUSH MORGAN SECURITIES INC.,<br>15) CREDIT SUISSE SECURITIES (USA) LLC and<br>16) SMITH CARNEY & CO., P.C.,<br>             Defendants. | Civil Action No. 11-cv-00520-D<br><br><u>CLASS ACTION</u> |

## NORTHUMBERLAND COUNTY RETIREMENT SYSTEM AND OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM'S NOTICE OF NON-OPPOSITION TO THEIR MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND LEAD COUNSEL

Northumberland County Retirement System ("Northumberland") and Oklahoma Law Enforcement Retirement System ("OLERS") (collectively, "Northumberland-OLERS") respectfully submit this notice of non-opposition to their motion for appointment as lead plaintiff and approval of lead counsel [Dkt. No. 78].

1.   Pursuant to the Private Securities Litigation Reform Act of 1995, any putative class member seeking appointment as lead plaintiff and approval of its selection of lead counsel in this action was required to file a motion by February 3, 2012.

2.   Timely motions were filed by two movants: (1) Northumberland-OLERS [Dkt. No. 78]; (2) Berbenich-Janowitz Group [Dkt. No. 71].[1]

3.   Pursuant to this Court's Local Rules, "[e]ach party opposing a motion shall file a response ***within 21 days after the date the motion was filed***.  Any motion that is not opposed within 21 days may, in the discretion of the Court, be deemed confessed." LCvR7.1(g) (emphasis added).

4.   Thus, any oppositions to the motions filed on February 3, 2012 were required to be filed by February 24, 2012.  *See* LCvR7.1(g).

5.   Northumberland-OLERS filed a timely opposition the Berbenich-Janowitz Group's motion on February 24, 2012.  *See* Dkt. No. 89.  Northumberland-OLERS' opposition further noted that Northumberland-OLERS were the presumptively most

---

[1] The "Berbenich-Janowitz Group" includes Timothy Berbenich, Kristy Berbenich and Thomas Janowitz.

adequate plaintiff under the PSLRA because they asserted the largest financial interest in the

relief sought by the class and also made a showing of adequacy and typicality.

6.   The Berbenich-Janowitz Group did not file an opposition and appears to have

abandoned its motion.

7.   Accordingly, Northumberland-OLERS' motion appears to be unopposed.

Dated:  February 27, 2012

Respectfully submitted,

**NELSON, ROSELIUS,
TERRY & MORTON**

*/s/ Jason E. Roselius*
Jason E. Roselius, OBA No. 16721
Derrick L. Morton, OBA No. 17934
P.O. Box 138800
Oklahoma City, OK 73113-8800
Telephone: (405) 705-3600
Facsimile: (405) 705-2573

*Proposed Liaison Counsel*

**KESSLER TOPAZ
MELTZER & CHECK, LLP**
Sean M. Handler
Naumon A. Amjed
Ryan T. Degnan
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**NIX PATTERSON & ROACH, LLP**
Jeffrey J. Angelovich, OBA No. 19981
Bradley E. Beckworth, OBA No. 19982
205 Linda Drive
Daingerfield, TX 75638
Telephone: (903) 645-7333
Facsimile: (903) 645-4415

*Counsel for Northumberland-OLERS and*
*Proposed Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following ECF registrants:

Mack J. Morgan III         morgan@crowedunlevy.com
L. Mark Walker          walterm@crowedunlevy.com
Harvey D. Ellis          ellish@crowedunlevy.com
Melanie W. Rughani      melanie.rughani@crowedunlevy.com
Kenneth P. Held        kheld@velaw.com
L. Ronald Oran         roran@velaw.com

***For GMX Resources, Inc., Ken L. Kenworthy, Jr. and James A. Merrill***
_____

Joe M. Hampton        jhampton@corbynhampton.com
Amy J. Pierce          apierce@corbynhampton.com

***For Merrill Lynch Pierce Fenner & Smith, Inc.***
***Morgan Keegan & Company, Inc***
***Jefferies & Company Inc.***
***Howard Weil Incorporated***
***Capital One Southcoast Inc.***
***Collins Stewart LLC***
***Pritchard Capital Partners LLC***
***Tudor Pickering Holt & Co Securities Inc.***
***BBVA Securities Inc.***
***Fortis Securities LLC***
***Wedbush Morgan Securities Inc***
***Credit Suisse Securities LLC***

_____

Hugh A. Baysinger      hbaysinger@piercecouch.com
Stephen L. Olson       solson@piercecouch.com
Andrew R. Harroz      aharroz@piercecouch.com

***For Smith Carney & Co PC***

_____

I certify that on the 27th day of February, 2012, I served the attached document by US

Postal Service, First Class Delivery, on the following, who are not registered participants of

the ECF System:

Adam S. Hakki
Christopher R. Fenton
Richard Schwed
Shearman & Sterling
599 Lexington Avenue
New York, NY   10022


*/s/ Jason E. Roselius*